Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of JOSEPH F. DEMPSEY and LULU E. GRAY HORAN, Respondents, for an Order against RUSSELL PAGE KOEHLER, Chairman, and Others, Constituting the Board of Appeals of the Town of Islip, Pursuant to Article 78 of the Civil Practice Act, Appellants, and BENJAMIN W. HAWKES, Intervenor, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of JOSEPH F. DEMPSEY and LULU E. GRAY HORAN, Appellants, for an Order against RUSSELL PAGE KOEHLER, Chairman, and Others, Constituting the Board of Appeals of the Town of Islip, Pursuant to Article 78 of the Civil Practice Act, Respondents, and BENJAMIN W. HAWKES, Intervenor, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of ROSE ROSENBERG, Respondent, Appellant, for a Final Order against THE BOARD OF ESTIMATE OF THE CITY OF NEW YORK, THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM and Others, etc., Appellants, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Petition of ANNA D. SCHMIDT for Construction of the Will of FRITZ GEORGE SCHMIDT, Deceased, Pursuant to Sections 145 and 145-a of the Surrogate's Court Act. ANNA D. SCHMIDT, Appellant; HELEN S. DAVIDSON, Individually and as Executrix, and THE FIFTH AVENUE BANK OF NEW YORK, as Executor, under the Last Will and Testament of FRITZ GEORGE SCHMIDT, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

PAUL LEVINE, Respondent, v. GEORGE ROBBINS and Another, Appellants, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

LOUIS and RUBEN MARSHAK, Copartners, etc., Respondents, v. MORRIS HAYMES and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

MAURICE EDWARD MEYER and ALFRED SCHWARTZ, Individually and as Copartners, Doing Business under the Firm Name and Style of E. M. MEYER & Co., Respondents, v. PETROGRAD METAL WORKS, etc., Defendant, and UNITED STATES OF AMERICA, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

LILLIAN MURPHY, by Her Guardian ad Litem, STELLA MURPHY, Respondent, v. ISAAC H. KAPLAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

NYAMCO ASSOCIATES, INC., Plaintiff, Respondent, v. CORT REALTY CORP., Appellant, and Others, Defendants, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE AND MORTGAGE